UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 08-41003-399
)
LAURA J LEAR )
) CHAPTER 13
)
)
DEBTOR(S) )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

DISCOVER BANK
4324 BELLVIEW STE 201         $         338.60
C/O ROBERT B ZELDIN
KANSAS CITY MO
236981          64105

/s/ John V. LaBarge, Jr.
-----------------------------------
DATE: August 31, 2010        JOHN V. LABARGE, JR.,
CHAPTER 13 TRUSTEE
P.O. Box 430908
St. Louis, MO 63143
XC -091           (314) 781-8100   trust33@ch13stl.com